# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

JAMIE EATMON
  Plaintiff,

V

Pilgrim Pride chicken Plant, et.al.,
4693 Co. Rd. 63 enterprise, Al 36330,
WARDEN SHARON HOWARD P.O. Box 710 ELBA,
Al, 36323, Nurse Practician Mrs BAKER
AND MRS. LOCKHART, Both Located at Kilby
Corr. Fac. P.O. Box 150, MT. Meigs, Al 36057
Nurse Practician, Dr. Doshia And Dr.
DIAZ, Both at P.O. Box 150 MT. Meigs,
Al 36057, All in their personal
And Individual Compacity
            defendant(s)

Civil Action No: 1:11-CV-1002-TMH-CSC
Jury Trail Demanded

## Jurisdiction & Venue

This is a Civil action authorized by 42 U.S.C. Section 1983, to redress the deprivation, under Color of State law, of rights Secured by the Constitution of the United States, This court has Jurisdiction under 28 U.S.C 1331; Implemented by 28 U.S.C. 1343(a)(3); and the 8th, 11th and 14th Amendments to the UNITED STATES CONSTITUTION,

The United States District Court For the Middle District of Alabama is an appropriate venue under title 28 U.S.C 1391(b)(2), because it is where the events giving rise to this Claim occurred,

See Additional pages to Section V. of this 1983 Civil action Complaint here to Attached...

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Jamie Eatmon
Full name and prison number
of plaintiff(s)

v.

Pilgrim Pride Chicken Plant, enterprise, Al
4693 County Road, 63 enterprise, Al
36330
Warden Sharon Hollard P.O. Box 710 Elba, Al 36323
Nurse Practician. Dr. Doshia, Nurse Practician
Dr. Diaz, Nurse Practician Dr. Baker, State Employee's
with the Department of Corrections, Nurse
Practician Dr. Lockhart Et. al.,
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:11-CV-1002-TMK-CSC
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) ___N/A___

            Defendant(s) ___N/A___

        2.  Court (if federal court, name the district; if
            state court, name the county) ___N/A___

3. Docket number ____N/A____

4. Name of judge to whom case was assigned ____N/A____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____N/A____

6. Approximate date of filing lawsuit ____N/A____

7. Approximate date of disposition ____N/A____

II. PLACE OF PRESENT CONFINEMENT _Kilby Correction Facility P.O Box 150 MT. Meigs, Al 36057_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Pilgrim Pride Chicken Plant, Enterprise, Al_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Pilgrim Pride Chicken Plant | 4693 County Rd. 63 Enterprise, Al 36330 |
| 2. | | |
| 3. | | |
| 4. | WARDEN SHARON HOLLARD | P.O. Box 710 Elba, Al 36323 |
| 5. | Dr. Desh. A And Dr. Diaz | Kilby Corr. Fac. P.O. Box 150 MT. Meigs, Al 36057 |
| 6. | Dr. Baker and Dr. Lockhart | P.O. Box 150 MT. Meigs, Al 36057 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _This incident happen on or About the Month of December, 2010_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On or About October 31, 2010 The Plaintiff Jamie Eatmon was Employed At Pilgrims Pride Chicken Processing Plant Located in Enterprise AL. As A Live Chicken Hainer From October Until February in The Months Followed The Plaintiff began To break out with sores And open wounds over his entire body From The live handling of chicken And being exposed To The Chemicals used To Treat These Chickens To Markets.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

In the month of October, 2010 the Plaintiff Jamie Eatmon was hired at P.Pilgrims Pride Chicken Processing Plant located in Enterprise AL. Coffee Co. Where He Contracted A Sickness, break out of Skin And Body Sores, open wounds from being Exposed To Diseased Chickens, Chicken Mites, Chicken Fecises, And Exposed to Deadly Chemicals That Are Used To Treat the Chicken, Not being Provided To The Adequate Clothing And Safety Gear Need To Protect The Human Flesh. The Continuance Exposure To These Deadly Chemicals, Dust Mites, Chicken Fecises Caused The Plaintiff To break out with Sores, And open wounds which Has gone into His blood D.N.A. And is Now being Denying Proper Medical Treatment Deliberate Indifference, Racial Discrimination, Disregards in their Duties in violation of The Plaintiff Civil Liberties 8th Amend. U.S.C. State And Federal Laws.

GROUND TWO: The Entire Medical Staff Nurses Station At P.Pilgrims Pride Processing Has Denied The Plaintiff The Proper Medical Treatment. This was Deducting A weekly Salery From the Plaintiff Check weekly For Blue Cross Blue Shield Insurance.

SUPPORTING FACTS: Medical Records, And Medical Procedures And Dionisos From P.Pilgrims Pride Processing Plant Will Show The Alleged Stated Claims Made by the Plaintiff That He Caught This Desiese, D.N.A. Sickness from The Processing This Company Nurses Ordered The Plaintiff To be Relieved From That Job of Handling Live Chicken To Another Dept. Due To The Sores And open wounds That Has Covered His Entire body Till This Date. Not being Provided The Proper Safety Clothing Gear, No Proper Vendation of breathing in Deadly Toxic Chemicals Denying Medical Treatments, Disregards is their Duties Which Constitute Deliberate Indifference, And The Plaintiff's Civil Rights Under State and Federal Laws.

GROUND THREE: The Medical Dept. Here At this Institution Has Failed To Provide The Proper Medical Treatment After The Plaintiff Has informed Them of His Paid Up Blue Cross/Blue Shield Insurance is Still in Effect To Provide The Plaintiff With The best Medical Treatment by D.N.A. Experts/Doctors

SUPPORTING FACTS: The Ala. Dept. of Correction Medical Staff Here At Kilby Infirmary Deny's Medical Treatments, Medical Care To Tend To And Clean These open wounds That Has Cover The Plaintiff's Entire body Now Till This Date, And Still Suffers from this Sickness of Sores And open Wounds And A Lab Test Has Came back Positive For A.N.A Desiese That Has Gotten into The Plaintiff blood System This Desiese of open wounds And bleeding Sores Has Now Covered The Plaintiff's Entire body As of Now. These Deprivations of Rights Secured by the Constitution And Laws of the United States Guaranteed The Plaintiff His Federal Rights To Due Process And Free From Cruel And Unusual Punishments While All Ala. Dept. of Correction, Medical Staff Acting under Color of State Laws.

See: Exhibit -A- For proof of Witness Statement... Attached hereto

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

THE Plaintiff Pray that this Honorable Court will Issue And Order Each Defendants To Answer To This Civil Action under Oath why He is being Denying Medical Treatment, To Explain This Disease To This Honorable Court in A Jury Trial, To Appoint THE Plaintiff with Counsel, And To Sue THE Defendants For THE Sum of 100,000,000.00 Million And To Sue THE Defendants of Pilgrim Pride Chicken Processing Plant For THE Sum of 100,000,000.00 Million Punitive Damages And All Other Reliefs This Honorable Court Seems Deem And Appropriate.

Signature of plaintiff(s) *Jamie Lee Eatmon*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 11-21-2011.
(Date)

_Jamie Lee Eatmon_
Signature of plaintiff(s)

4

Jamie L. Eatmon 140565
Post Box 150
Mt. Meigs, AL. 36057



United States District Court
Middle District of Alabama
Montgomery, AL. 36101