IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMIE EATMON, #140565, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:11cv1002-TMH |
| | ) |
| WARDEN SHARON HOLLAND, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On June 15, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 49). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the plaintiff's motions to dismiss (docs. # 48, 50 & 51) be and are hereby GRANTED, that this case be and is hereby DISMISSED without prejudice, and that no costs are hereby TAXED.

Done this the 17th day of July, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE